| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Debevoise, Dickinson R | 2. Court or Organization<br><br>District Court - New Jersey | 3. Date of Report<br><br>04/17/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>MLK, Jr. Federal Bldg. & Court<br>50 Walnut Street<br>Newark, New Jersey 07102-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Fund for NJ (Non-Profit charitable foundation) |
| 2. Past Director | Columbia Law School Association |
| 3. Vice President and Director | N.J. Institute for Social Justice (Non-Profit Charitable Foundation) |
| 4. Member Emeritus Board of Visitors | Columbia Law School |
| 5. Co-Chair | Advisory Panel Greater Newark Health Systems Survey |
| 6. Trustee | Revocable Trust (See Note VIII). |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2 | |
| 3. | |

RECEIVED 2007 APR 30 A 9: 08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 6/30/06 | Marsh (Class Action) Settlement Fund | $ 41.57 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Cash Fund, Iselin, NJ | B | Interest | L | T | | | | | |
| 2. UBS Financial Services Cash Fund, Iselin, NJ | A | Interest | J | T | | | | | |
| 3. PNC Bank, N.A., Millburn, NJ | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 5. Wachovia Bank, Newark, NJ | | None | J | T | | | | | |
| 6. Nuveen Bond Fund, Unit 519 (200) | A | Interest | J | T | See Part VIII | | | | |
| 7. Nuveen Bond Fund, Unit 522 (100) | A | Interest | J | T | | | | | |
| 8. Williams College Pooled Income Fund #3 | C | Interest | L | T | See Part VIII | | | | |
| 9. Wachovia Bank, Millburn, NJ | | None | J | T | | | | | |
| 10. Nuveen Bond Fund, Unit 304 (60) | | None | | | Redeemed | 4/15 | J | A | |
| 11. ▮▮▮▮ N.J. State Due 8/1/20 | B | Interest | K | T | | | | | See VIII |
| 12. ▮▮▮▮ So. Jersey Transit Auth. 11/01/09 | B | Interest | K | T | | | | | See VIII |
| 13. ▮▮▮▮ N.J. Health Care Auth. 01/01/09 | B | Interest | K | T | | | | | See VIII |
| 14. ▮▮▮▮ Monmouth Cty. Imp. Auth. 12/01/12 | B | Interest | K | T | | | | | See VIII |
| 15. ▮▮▮▮ N.J. Health Care Auth. 07/01/10 | B | Interest | K | T | | | | | See VIII |
| 16. ▮▮▮▮ Lopatcong Twp. 7/15/22 | B | Interest | K | T | | | | | See VIII |
| 17. Winslow Twp. Bd. of Ed. 8/01/19 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America Brunswick, ME | A | Interest | J | T | | | | | |
| 19. ███ Trust See VIII | E | Dividend | P1 | T | | | | | |
| 20. ███ Trust See VIII | E | Interest | P1 | T | | | | | |
| 21. -Blackrock Funds NJ Tax Free Bonds | | | | | | | | | |
| 22. -Blackrock N.J. Munic. (BN) | | | | | | | | | |
| 23. -Alltel Corp. Com. | | | | | | | | | |
| 24. -BP PLC | | | | | Pt. sale ███ | 7/05 | J | D | |
| 25. -BP PLC | | | | | Pt. sale ███ | 12/04 | J | D | |
| 26. -Bristol Myers Squibb Com. | | | | | | | | | |
| 27. -FPL Group, Inc. Com. | | | | | | | | | |
| 28. -Chevron Texaco Corp. Com. | | | | | Pt. sale ███ | 7/05 | J | D | |
| 29. -Chevron Texaco Corp. Com. | | | | | Pt. sale ███ | 12/04 | J | D | |
| 30. -International Paper Com. | | | | | | | | | |
| 31. -Peapack Gladstone Financial Corp. | | | | | Pt. sale ███ | 7/05 | K | E | |
| 32. -Peapack Gladstone Financial Corp. | | | | | Pt. sale ███ | 12/04 | K | E | |
| 33. -Unilever NU New York Com. | | | | | | | | | |
| 34. -Roxiticus Golf Club Com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Kimberly-Clark Com. | | | | | | | | | |
| 36. -Blackrock Money Market Institutional | | | | | | | | | |
| 37. ▉▉▉ Hammonton 4.75% due on 7/1/18 | | | | | | | | | |
| 38. ▉▉▉ Margate City 4.75% due on 2/1/17 | | | | | | | | | |
| 39. -Cape May Co. N.J. College due 8/15/16 | | | | | | | | | |
| 40. -Con Edison Co. PFD 7/01/41 Series | | | | | Called | 10/20 | K | A | |
| 41. -General Dynamics Com. | | | | | | | | | |
| 42. -General Electric Com. | | | | | | | | | |
| 43. -Johnson & Johnson Com. | | | | | | | | | |
| 44. -IBM | | | | | | | | | |
| 45. -Stryker Corp. Com. | | | | | Pt. sale 100 | 12/04 | J | A | |
| 46. -Medtronic Inc. | | | | | Pt. sale 100 | 12/04 | J | B | |
| 47. -Varian Medical Systems Com. | | | | | | | | | |
| 48. -Bank of America | | | | | | | | | |
| 49. -Exelon Corp. | | | | | | | | | |
| 50. -Safeco Corp. | | | | | | | | | |
| 51. -Sara Lee | | | | | SOLD | 7/05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Duke Realty Corp. | | | | | | | | | |
| 53. -Harbor Fund International | | | | | | | | | |
| 54. -Kinder Morgan, Inc. | | | | | SOLD | 7/05 | J | C | |
| 55. -Citigroup, Inc. | | | | | | | | | |
| 56. -McGraw Hill Com. | | | | | | | | | |
| 57. -United Technologies Com. | | | | | | | | | |
| 58. -Wyeth Com. | | | | | | | | | |
| 59. -U.S. Treas Inflation Proj. | | | | | | | | | |
| 60. -Associated Banc Corp. | | | | | SELL | 7/05 | J | A | |
| 61. -Coca Cola | | | | | | | | | |
| 62. -Fortune Brands | | | | | SOLD | 7/05 | J | A | |
| 63. Lehman Bro. 6.375% pfd | | | | | BUY | 1/06 | K | | |
| 64. Proctor & Gamble Com. | | | | | BUY | 7/05 | J | | |
| 65. Wachovia Com. | | | | | BUY | 7/05 | K | | |
| 66. Federated Dept. Stores Com. | | | | | BUY | 12/06 | J | | |
| 67. Marathon Oil Com. | | | | | BUY | 12/06 | K | | |
| 68. McDonald Com. | | | | | BUY | 12/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fed. Nat'l Mort. Assn. 12/19/07 | | | | | BUY | 12/06 | J | | |
| 70. UBS Pace Fixed Income Fund (Formerly P.W. Invest. Account) | D | Dividend | M | T | | | | | |
| 71. Hartford GPA V | A | Interest | K | T | | | | | |
| 72. Management account at PNC Bank, See VIII | | | | | | | | | |
| 73. ▮▮▮Blackrock Money Market Fund | B | Interest | K | T | | | | | |
| 74. Verizon Com. (Bell Atl) | B | Dividend | K | T | Pt. sale 400 | 7/05 | J | C | |
| 75. Chevron Texaco Corp. Com. | A | Dividend | K | T | Pt. sale 100 | 7/05 | J | C | |
| 76. Chevron Texaco Corp. Com. | B | Dividend | K | T | Pt. sale 100 | 12/07 | J | D | |
| 77. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 78. Exxon Mobil Corp. Com. | B | Dividend | L | T | Pt. sale 100 | 7/05 | J | C | |
| 79. Exxon Mobil Corp. Com. | B | Dividend | L | T | Pt. sale 100 | 12/07 | J | D | |
| 80. ▮▮▮N.J. EDL FACS Auth. Due 7/01/20 | B | Interest | K | T | | | | | |
| 81. Blackrock Fund NJ Tax Free #92 | E | Interest | N | T | | | | | |
| 82. Gannett, Inc. Com. | A | Dividend | | | SALE | 6/13 | J | A | |
| 83. IBM Corp. Com. | A | Dividend | J | T | | | | | |
| 84. Washington Mutual Inc. Com. | A | Dividend | K | T | | | | | |
| 85. ▮▮▮Hammonton 4.75% due 7/01/18 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ▮▮▮Margate City 4.75% due 2/01/17 | B | Interest | L | T | | | | | |
| 87. ▮▮▮Middlesex Co. Due 6/15/18 | B | Interest | K | T | | | | | |
| 88. General Dynamics Corp. Com. | A | Dividend | J | T | | | | | |
| 89. Bank of America Com. | A | Dividend | J | T | | | | | |
| 90. ▮▮▮Cape May Cnty. 4.50% due 8/15/20 | B | Interest | L | T | | | | | |
| 91. FPL Group, Inc. Com. | A | Dividend | J | T | | | | | |
| 92. ▮▮▮New Brunswick Pkg. Auth. 4.25% 9/1/15 | B | Interest | L | T | | | | | |
| 93. ▮▮▮Old Bridge Twp. Bd. of Ed. 4.75% due 7/15/18 | B | Interest | K | T | | | | | |
| 94. Con Edison Co. PFD 7.5% | B | Dividend | | | SALE | 10/31 | K | A | |
| 95. BAC CAP Trust II PFD | B | Dividend | K | T | | | | | |
| 96. Kinder Morgan, Inc. Com. | A | Dividend | | | SOLD | 6/13 | J | C | |
| 97. Duke Realty Com. | A | Dividend | J | T | | | | | |
| 98. Scudder Municipal 819 | A | Interest | K | T | | | | | |
| 99. JP Morgan Chase Cap PFD | C | Dividend | | | CALLED | 12/04 | K | C | |
| 100. Harbor Intrl Fund II | A | Dividend | K | T | | | | | |
| 101. U.S. Treas Notes 4.25% 8/15/13 | B | Interest | K | T | | | | | |
| 102. Citigroup, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. U.S. Treas Notes 3.375% 9/15/09 | A | Interest | K | T | | | | | |
| 104. Associated Bancorp | A | Dividend | | | SOLD | 7/05 | J | A | |
| 105. Coca Cola | A | Dividend | K | T | | | | | |
| 106. McGraw Hill | A | Dividend | J | T | | | | | |
| 107. Nordstrom | A | Dividend | J | T | | | | | |
| 108. United Technologies | A | Dividend | J | T | | | | | |
| 109. Wyeth | A | Dividend | J | T | | | | | |
| 110. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 111. AT&T, Inc. | A | Dividend | K | T | Buy | 7/05 | J | | |
| 112. Blackrock Mun Fd 37 | A | Interest | K | T | Buy | 12/04 | K | | |
| 113. U.S. Treas Notes 3/31/08 | A | Interest | K | T | Buy | 12/04 | K | | |
| 114. Fed. Nat'l Mtg. Assn. | B | Interest | K | T | Buy | 12/04 | K | | |
| 115. Blackrock N.J. Munn. Fd. 416 | A | Interest | K | T | Buy | 12/28 | K | | |
| 116. General Elec. Com. | A | Dividend | K | T | SEE VIII | | | | |
| 117. PPL Corporation | A | Dividend | J | T | SEE VIII | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Debevoise, Dickinson R | 04/17/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From time to time the various Nuveen Funds make returns of principal as various bonds are redeemed.

Williams College Pooled Income Fund #3. I have set forth as the value of this item the amounts I placed in the Fund from time to time. I receive the income from the Fund but upon my death it goes to Williams College; therefore, the value to me would be the value of my life interest.

 Trust and Management Account:

Blackrock Money Market Funds are the equivalent of cash. The trustee or Fund Manager purchases and sells (deposits and withdraws) money from the Funds frequently. I have not listed each deposit and withdrawal and have set forth the December 31, 2005 values.

During 2006 I transferred the cash and six tax exempt bonds listed in items 2, 11, 12, 13, 14, 15, 16, into a revocable trust of which I am trustee and over which I have complete powers of disposition. The purpose is to ensure that upon my death the assets will be available to help pay college education expenses ▮ ▮ Because I retain complete control over the assets I see no need to list them separately as part of a trust.

On November 17, 2005 PNC Bank purchased for the maangement accounts General Electric common stock with Dividend Income A, Value K and Value Method T. On the same date PNC Bank purchased for the management account PPL Corporation (formerly Pennsylvania Power & Light) common stock with Dividend Income A, Value J and Value Method T. These assets were inadvertently omitted from the management account portion of the Financial Disclosure Report for 2005 (although in the case of the General Electric common stock, it was not ommitted from the ▮ trust portion of the Financial Disclosure Report for 2005). My Report for 2005 should be deemed amended accordingly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date _____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544